IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| TYRONE JEWETT, | : |
| *Petitioner*, | : Case No. 1:18-cv-406 |
| vs. | : Judge Jeffery P. Hopkins |
| WARDEN, NOBLE CORRECTIONAL INSTITUTION, | : |
| *Respondent*. | : |

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on Petitioner's Unopposed Motion to Reinstate the case to the Court's active docket (Doc. 32) (the "Motion"), and the corresponding Report and Recommendation issued by Magistrate Judge Stephanie K. Bowman on May 2, 2024 (Doc. 33) (the "Report and Recommendation"). The Magistrate Judge recommends that this action be reinstated to the Court's active docket, that the petitioner be ordered to file an amended petition, including his exhausted claim, and the respondent be ordered to file an answer thereto. Doc. 33, PageID 2054. In the time since the Report and Recommendation was issued, Petitioner has filed an Amended Petition (Doc. 34), and respondent has been granted an extension of time to file an answer. Doc. 34; Notation Order (August 20, 2024).

The Court has reviewed Plaintiff's motion and the Report and Recommendation. Noting that no objections have been filed and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, the Court hereby **ADOPTS** the Report and Recommendation in part. This action shall be reinstated to the Court's active docket. The Court rejects the Magistrate Judge's recommended deadlines for filing an amended petition

and answer as **MOOT** in light of the already filed amended petition. Doc. 34. Respondent shall have until October 10, 2024 to respond to Petitioner's Amended Petition. *See* Notation Order (August 20, 2024).

    **IT IS SO ORDERED.**

Dated: September 6, 2024

Hon. Jeffery P. Hopkins
United States District Judge